# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SMITH, CDCR #V-40437,<br><br>Plaintiff,<br><br>vs.<br><br>R. COBB; CCI SHARPE; A. CLARK; J. CAREY; E. SOLIS; ROBERT COBB; FRANK SHARPE; S. DAROGLOU; R. PREZ; NAZAR BUDUHI,<br><br>Defendants. | Civil No.   15cv0176 GPC (WVG)<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION FOR LEAVE TO SUBSTITUTE DEFENDANTS (ECF Doc. No. 6);**<br><br>**AND**<br><br>**(2) DIRECTING U.S. MARSHAL TO EFFECT SERVICE OF FIRST AMENDED COMPLAINT PURSUANT TO 28 U.S.C. § 1915(d) AND FED.R.CIV.P. 4(c)(3)** |

Gregory Smith ("Plaintiff"), currently incarcerated at Folsom State Prison located in Folsom, California, has filed a civil rights complaint ("Compl.") pursuant to 42 U.S.C. § 1983 (Doc. No. 1). In addition, Plaintiff filed a Motion to Proceed In Forma Pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a) (ECF Doc. No. 2). On February 28, 2015, this

Court granted Plaintiff's Motion to Proceed IFP but sua sponte dismissed his Complaint for failing to state a claim. (ECF Doc. no. 3.)

Plaintiff has now filed a First Amended Complaint, along with a "Motion for Leave to File an Amended Cover Sheet." (ECF Doc. Nos. 4, 6.) Plaintiff's Motion is **GRANTED** and Defendants Daroglou, Prez and Buduhi have been added to the Court's docket.

## II. SUA SPONTE SCREENING PER 28 U.S.C. § 1915(e)(2) and § 1915A(b)

The Prison Litigation Reform Act ("PLRA") requires that the Court review complaints filed by all persons proceeding IFP and by those, like Plaintiff, who are "incarcerated or detained in any facility [and] accused of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program," "as soon as practicable after docketing." *See* 28 U.S.C. §§ 1915(e)(2) and 1915A(b).

As currently pleaded, the Court finds Plaintiff's First Amended Complaint is sufficient to survive the sua sponte screening required by 28 U.S.C. §§ 1915(e)(2) and 1915A(b).[1] Accordingly, the Court will direct the U.S. Marshal to effect service on Plaintiff's behalf. *See* 28 U.S.C. § 1915(d).

## III. CONCLUSION AND ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that:

1. Plaintiff's "Motion for Leave to File an Amended Cover Sheet" (ECF Doc. No. 6) is **GRANTED**.

/ / /

/ / /

---

[1] Plaintiff is cautioned that "the sua sponte screening and dismissal procedure is cumulative of, and not a substitute for, any subsequent Rule 12(b)(6) motion that [a defendant] may choose to bring." *Teahan v. Wilhelm*, 481 F. Supp. 2d 1115, 1119 (S.D. Cal. 2007).

**IT IS FURTHER ORDERED** that:

2. The Clerk is **DIRECTED** to issue a summons as to Plaintiff's First Amended Complaint (ECF Doc. No. 4) upon Defendants and forward it to Plaintiff along with blank U.S. Marshal Form 285s for each named Defendant. In addition, the Clerk is directed provide Plaintiff with a certified copy of the Court's Order granting Plaintiff's Motion to Proceed IFP (ECF Doc. No. 3) and a certified copy of his First Amended Complaint (ECF Doc. No. 6) and the summons so that he may serve each named Defendant. Upon receipt of this "IFP Package," Plaintiff is directed to complete the Form 285s as completely and accurately as possible, and to return them to the United States Marshal according to the instructions provided by the Clerk in the letter accompanying his IFP package.

3. Upon receipt, the U.S. Marshal is **ORDERED** to serve a copy of the First Amended Complaint and summons upon the named Defendants as directed by Plaintiff on the USM Form 285s. All costs of service will be advanced by the United States. *See* 28 U.S.C. § 1915(d); FED.R.CIV.P. 4(c)(3).

4. Defendants are thereafter **ORDERED** to reply to Plaintiff's First Amended Complaint within the time provided by the applicable provisions of Federal Rule of Civil Procedure 12(a). *See* 42 U.S.C. § 1997e(g)(2) (while a defendant may occasionally be permitted to "waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other correctional facility under section 1983," once the Court has conducted its sua sponte screening pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A(b), and thus, has made a preliminary determination based on the face on the pleading alone that Plaintiff has a "reasonable opportunity to prevail on the merits," the defendant is required to respond).

5. Plaintiff must serve upon the Defendants or, if appearance has been entered by counsel, upon Defendants' counsel, a copy of every further pleading or other document submitted for consideration by the Court. Plaintiff must include with the original paper to be filed with the Clerk of the Court, a certificate stating the manner in

which a true and correct copy of the document was served on the Defendants, or counsel for Defendants, and the date of that service. Any paper received by the Court which has not been properly filed with the Clerk, or which fails to include a Certificate of Service, may be disregarded.

**IT IS SO ORDERED**.

DATED: July 13, 2015

HON. GONZALO P. CURIEL
United States District Judge